# LAW OFFICES OF ISAAC H. GREENFIELD PLLC

2 EXECUTIVE BLVD., STE. 305
SUFFERN, NEW YORK 10901

_____

*David J. Pretter, Esq.*                                    *email: david@greenfieldlawpllc.com*
*Associate Attorney*                                                *Phone: (718) 564-6268*
                                                                              *FAX: (516) 387-1117*

April 28, 2026

**Via CM/ECF and E-Mail:**
David Kasell, Esq. (dkasellesq@gmail.com)

        Re:    Wynwood Capital Group LLC v.  Amerimed Medical Solutions LLC et al
               26 cv 02167

Dear Honorable Judge:

        This firm represents Plaintiff Wynwood Capital Group LLC ("Plaintiff"), in the abovementioned action, which involves a breach of a standard merchant cash advance agreement, ("Agreement").

        We request a pre-motion conference in anticipation for a motion to Remand to State Court. The parties consented to State Court jurisdiction and waived any and all objections to the jurisdiction of the State Court.

        The Agreement, which was fully executed, clearly and unequivocally includes this provision.

        The undersigned respectfully requests a pre-motion conference hearing at the Court's earliest convenience to address our motion to Remand.

        Thank you for your time and attention to this matter.

                                                        Very truly yours,
                                                        _____/s/ DAVID J. PRETTER_____
                                                        David J. Pretter, Esq.
                                                         2 Executive Blvd., Ste. 305
                                                         Suffern, NY 10901
                                                        PHONE: 718 564-6268
                                                        FAX: 516-387-1117
                                                        David@greenfieldlawpllc.com